# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**A.W.,**

    **Plaintiff,**

                                            Civil Action 2:21-cv-4934
                                            Judge Algenon L. Marbley
    v.                                         Magistrate Judge Elizabeth P. Deavers

**RED ROOF INNS, INC.,** *et al.***,**

    **Defendants.**

## ORDER

    This matter comes before the Court on Plaintiff's Response to G6's Proposal. (ECF No. 292.) Plaintiff indicates she is willing to accept Defendants G6 Hospitality LLC and G6 Hospitality Franchising LLC's proposal to modify the Confidentiality Order, detailed in their Response (ECF No. 284, at PageID 5855–56) to Plaintiff's Motion (ECF No. 277). (ECF No. 292.) Accordingly, the Court **DENIES** Plaintiff's Motion Order Modifying Confidentiality Order (ECF No. 277) as **MOOT**.

    **IT IS SO ORDERED.**


**Date: January 6, 2026**　　　　　　　　　　/s/ *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　　　　　　　**ELIZABETH A. PRESTON DEAVERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**